# IN THE SUPREME COURT OF THE STATE OF NEVADA

ABDULLAH A. ALANIZI, A/K/A
ABDULLAH ABOUL JABBAR ALANIZI,
A/K/A ABDULLA ABDULJABBAR A.
ALANIZI,

Appellant,

vs.

ARIA RESORT & CASINO HOLDINGS,
LLC, D/B/A ARIA,

Respondent.

No. 69819



FILED

JUN 2 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to vacate and set aside a default judgment. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

On January 31, 2017, this court entered an order directing appellant, within 15 days, to file and serve the opening brief or informal brief. We cautioned appellant that failure to comply with our order would result in the imposition of sanctions, including dismissal of this appeal. *See* NRAP 31(d). Appellant has failed to file the opening brief or to otherwise communicate with this court. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-20418

cc: Hon. Carolyn Ellsworth, District Judge
Ara H. Shirinian, Settlement Judge
Abdullah A. Alanizi
Durham Jones & Pinegar/Las Vegas
Eighth District Court Clerk